**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>COFFMAN SPECIALTIES, INC. *et al.*,<br>Defendants. | Case No. 25-cv-0619-BAS-JLB<br>**ORDER GRANTING JOINT STIPULATION TO DISMISS COUNTS 2, 4, AND 5 (ECF No. 69)** |

Presently before the Court is Parties' Joint Stipulation to Dismiss Counts 2, 4, and 5 of Plaintiff Liberty Mutual Insurance Company's Complaint. (ECF No. 69.) The Court **GRANTS** Parties' Joint Stipulation to Dismiss. (*Id.*)

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P.

41(a)(1)(B). However, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule 41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion. *See* CivLR 7.2.

Having considered Parties' joint submission, the Court **GRANTS** Parties' Joint Stipulation to Dismiss. (ECF No. 69.) Thus, the Court **DISMISSES WITHOUT PREJUDICE** Counts 2, 4, and 5 from the Complaint.

**IT IS SO ORDERED.**

**DATED: October 9, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**